1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division

4   STEPHEN L. JOHNSON (CSBN 145771)
    Assistant United States Attorneys

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone: (415) 436-7161
7   Facsimile:  (415) 436-7169
    stephen.johnson1@usdoj.gov

8

    Attorneys for United States of America

9

10               UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

11

                   SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,   )
                           )   Case No.  F.J. 95-028 FMS
           Plaintiff,       )

14                          )
           v.              )

15                          )
   CHERYLE T. BERNARD-SHAW,  )

16                          )
           Defendant.     )

17                          )

18   _____)   **WRIT OF**
                          )   **CONTINUING GARNISHMENT**

19   EMQ FAMILIESFIRST,       )
                          )

20           Garnishee.     )
   _____)

21

22   TO:    EMQ FamiliesFirst
          Attn: Human Resources
23          251 Llewellyn Avenue
          Campbell, CA 95008-1940

24

25   **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**
   **UNITED STATES OF AMERICA PROPERTY IN YOUR CUSTODY, CONTROL, OR**
26   **POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A**
   **SUBSTANTIAL NONEXEMPT INTEREST.**

27

        The name, last known address, and last four digits of the social security number of the

28

   WRIT OF CONTINUING GARNISHMENT
   F.J. 95-028 FMS              -1-

person who is the defendant-judgment debtor ("debtor") in this action and whose property is subject to this Writ are as follows:

> Cheryle T. Bernard-Shaw
> 284 S. Dulce Street
> Tracy, CA 95391-3009
> Social Security Number (last four digits): 7821

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a debt in the original amount of $102,988. There is a balance due of approximately $204,449.63, which includes costs and interest computed through February 16, 2010.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the debtor's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

> a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt disposable earnings;
>
> b. a description of such property and the value of such property;
>
> c. a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

d.   the amount of the debt you anticipate owing to the debtor in the future and

whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and

may be used to answer the Writ.

3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

(c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the

original answer bearing the original signature of the person preparing the answer to the Court at

the following address:

> Clerk, United States District Court
> San Francisco Branch Office
> 450 Golden Gate Avenue, 16th Floor
> P.O. Box 36060
> San Francisco, CA 94102.

At the same time you mail or deliver the original answer to the Court, you must also mail or

deliver a copy of the original answer to both the debtor and attorney for the United States at the

following respective addresses:

> Cheryle T. Bernard-Shaw
> 284 S. Dulce Street
> Tracy, CA 95391-3009

> Stephen L. Johnson
> Assistant U.S. Attorney
> 450 Golden Gate Avenue, 9th Floor
> P.O. Box 36055
> San Francisco, CA 94102.

Please note that the attached form answer contains a certificate of service which needs to be

completed by the person mailing the copies of the answer to the debtor and the attorney for the

United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY
IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE
COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO
ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH
THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO
APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY
WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR**

THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern
District of California

Dated: _2-23-10_            By: _____
                                 Deputy Clerk
                                 GLORIA ACEVEDO

WRIT OF CONTINUING GARNISHMENT
F.J. 95-028 FMS                              -4-

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  F.J. 95-028 FMS |
| Plaintiff, | ) |
| v. | ) |
| CHERYLE T. BERNARD-SHAW, | ) |
| Defendant. | ) |
| | ) |
| EMQ FAMILIESFIRST, | ) **ANSWER OF GARNISHEE** |
| Garnishee. | ) |

I, _____, being first duly sworn, hereby state the following:

    1.    I am the _____ of the Garnishee named in the above
caption.           (Official Title)

I am authorized to prepare this Answer on behalf of the Garnishee.

    2.    The Garnishee was served with the Writ of Continuing Garnishment on

_____ in this action.

    3.    The Garnishee currently has custody, control, or possession of earnings, money or
property of the Defendant.  Yes____  No____

Answer of Garnishee
F.J. 95-028 FMS

1       4.    The Garnishee expects to obtain custody, control, or possession of earnings,

2   money or property of the Defendant in the foreseeable future.   Yes_____   No_____

3       5.    For the pay period in effect on the date of service of this Writ of Continuing

4   Garnishment, the Garnishee states as follows:

5       a.    Defendant was in my/our employ. Yes_____   No_____

6       b.    The Defendant's pay period is __weekly,   _____bi-weekly, ___ semi-

7       monthly, ___ monthly.

8       c.    The Defendant's present pay period began on _____.

9       ("Present" means the pay period in which the Writ of Continuing
        Garnishment was served.)

10      d.    The Defendant's present pay period ends on _____.

11      e.    The Defendant's net wages are as calculated below:

12      (1) Gross Pay    $_____

13      (2) Federal income tax    $_____

14      (3) F.I.C.A. tax    $_____

15      (4) State income tax    $_____

16      (5) Total of tax withholdings    $_____

17      Net Wages    $_____
        (gross pay minus above withheld taxes)

18      6.    Are there any other garnishments currently in effect? Yes_____   No_____   If the

19  answers is yes, describe below and attach to this Answer a copy of each garnishment:

20

21  _____

22  _____

23  _____

24  _____

25

26

27

28

7.    Will the Garnishee owe the Defendant money in the foreseeable future?   Yes____

No____    If the answer is yes, provide the reason why such money will be owed, the amount of

money that will be owed, and the date or dates on which each payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

8.    Does the Garnishee currently have custody, control or possession of property

(other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant

maintains an interest?   Yes____   No____    If the answer is yes, then provide the following

information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

9.    Does the Garnishee expect to obtain in the foreseeable future custody, control or

possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in

which the Defendant maintains an interest?   Yes____   No____    If the answer is yes, then

provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

Answer of Garnishee
F.J. 95-028 FMS                                    -3-

10. Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment? Yes____ No____ If the answer is yes, list the nature and basis of each objection and/or defense:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EMQ FAMILIESFIRST

Dated: ____________ By: ______________________
(Sign above and type or print name below)

1

## CERTIFICATE OF SERVICE

2    I,_____, declare:

3    That I am a citizen of the United States and employed in the County of _____,

4  State of _____; that my business address is

5  _____; that I am over the age of

6  eighteen years; and that I am not a party to the above-entitled action;

7    That on _____, I deposited in the United States mails, in envelopes

8  bearing the requisite postage, a copy of:

9  ## ANSWER OF GARNISHEE

10  addressed separately to each of the following:

11  Cheryle T. Bernard-Shaw
   284 S. Dulce Street
12  Tracy, CA 95391-3009

13  Stephen L. Johnson
   Assistant U. S. Attorney
14  450 Golden Gate Avenue, 9th Floor
   P.O. Box 36055
15  San Francisco, CA 94102

16  at their last known addresses at which place there is service by United States mail.

17    This Certificate is executed on _____, at _____.

18    I certify under penalty of perjury that the foregoing is true and correct.

19

20                                    _____
                                     (Sign above and type or print
21                                   name below)

22

23

24

25

26

27

28