| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | STEPHEN L. JOHNSON (CSBN 145771)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7161 |
| 7 | FAX: (415) 436-7169<br>stephen.johnson1@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. F.J. 95-028 EDL |
| Plaintiff, | ) | |
| v. | ) | **ORDER APPROVING STIPULATION REGARDING WRIT OF CONTINUING GARNISHMENT** |
| CHERYLE T. BERNARD-SHAW, | ) | |
| Defendant. | ) | |
| EMQ FAMILIESFIRST, | ) | |
| Garnishee. | ) | |

The Court, having considered the terms of the Stipulation Regarding Writ of Garnishment, and good cause appearing, here by APPROVES the stipulation.

IT IS SO ORDERED.

Dated: April 16, 2010

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

ORDER
F.J. 95-028 EDL